# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CRISTAL ARACELI REYES VILLAGOMEZ (1);<br>ANACELI LARRAGA (2);<br>SONIA GONZALEZ ORTIZ (3),<br><br>　　　　　　　　　　　　Defendants. | Case No.:  22-cr-1593-JO<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　　On December 6, 2022, the parties filed a Joint Motion to Continue the Motion Hearing/Trial Setting currently set for December 16, 2022 to February 17, 2023.  For good cause appearing, the Court GRANTS the joint motion to continue [Dkt. 42] and sets the Motion Hearing/Trial Setting on February 17, 2023 at 10:30 a.m.

　　　　For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

//
//
//
//
//

22-cr-1593-JO

The parties are instructed to appear in person at the hearing on February 17, 2023, and to be prepared to discuss the progress of discovery and the setting of a trial date. No continuance of the February 17, 2023 hearing date will be granted, unless initiated by the Court.

IT IS SO ORDERED.

Dated: 12/7/2022

                                          Hon. Jinsook Ohta
                                          UNITED STATES DISTRICT JUDGE